1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   PABLO JESUE PONCE,                    No.  2:20-cv-2537 CKD P

12                  Plaintiff,

13        v.                               ORDER AND

14   SHEELA, et al.,                       FINDINGS AND RECOMMENDATIONS

15                  Defendants.

16
         On May 19, 2021, plaintiff's complaint was dismissed and thirty days leave to file an
17
     amended complaint was granted.  The thirty day period has now expired, and plaintiff has not
18
     filed an amended complaint.
19
         Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district
20
     court judge to this case; and
21
         IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See
22
     Local Rule 110; Fed. R. Civ. P. 41(b).
23
         These findings and recommendations are submitted to the United States District Judge
24
     assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen after
25
     being served with these findings and recommendations, plaintiff may file written objections with
26
     the court.  The document should be captioned "Objections to Magistrate Judge's Findings and
27
     Recommendations."  Plaintiff is advised that failure to file objections within the specified time
28
                                          1

waives the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  July 1, 2021

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
ponc2537.fta